IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MARION WILSON, JR., : | |
| : | |
| Petitioner : | |
| : | |
| vs. : | |
| : CIVIL ACTION NO.: 5:10-CV-489 (MTT) |
| CARL HUMPHREY, Warden, : | |
| : | |
| Respondent : | |
| : | |

# **ORDER**

On January 12, 2011, this Court appointed Brian Kammer, Executive Director of the Georgia Appellate Practice and Education Resource Center to represent Wilson pursuant to the provisions in 18 U.S.C. § 3599. (Doc. 4). The Court now **AMENDS** the January 12, 2011 Order to show that Mr. Kammer was appointed effective December 1, 2010 so that he might receive compensation for preparation of Wilson's 28 U.S.C. § 2254 petition. ***See generally McFarland v. Scott***, 512 U.S. 849, 856-57 (1994) (the pre-filing appointment of counsel is appropriate in capital cases under the mandatory counsel provision of 21 U.S.C. § 848, subsequently recodified at 18 U.S.C. § 3599).

**SO ORDERED**, this 29th day of July, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT